(2012), to evaluate the case in light of *United States v. Hukill*, 76 M.J. 219 (C.A.A.F. 2017).

No. 16–0716/AR. U.S. v. Manuel Ortiz III. CCA 20150267. On further consideration of the granted issue, 75 M.J. 494 (C.A.A.F. 2016), it is ordered that the decision of the United States Army Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Army for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), to evaluate the case in light of *United States v. Hukill*, 76 M.J. 219 (C.A.A.F. 2017).

No. 17–0037/AF. U.S. v. Cory D. Phillips. CCA S38771. On further consideration of the granted issue, 76 M.J. 57 (C.A.A.F. 2017), and the briefs of the parties, it is ordered that the decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), to evaluate the case in light of *United States v. Hukill*, 76 M.J. 219 (C.A.A.F. 2017).

No. 17–0041/AR. U.S. v. Justin M. Gurczynski. CCA 20140518. On further consideration of the granted issues, (*United States v. Gurczynski*, 76 M.J. 42 (C.A.A.F. 2016) (order granting review in No. 17–0041)), and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals in No. ARMY 20140518, dated August 31, 2016, is hereby affirmed.

No. 17–0084/AR. U.S. v. James N. Costigan. CCA 20150052. On further consideration of the granted issue, 76 M.J. 65 (C.A.A.F. 2017), and the briefs of the parties, it is ordered that the decision of the United States Army Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Army for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), to evaluate the case in light of *United States v. Hukill*, 76 M.J. 219 (C.A.A.F. 2017).

No. 17–0087/AR. U.S. v. Jameson T. Hazelbower. CCA 20150335. On further consideration of the granted issue, 76 M.J. 63 (C.A.A.F. 2017), and the briefs of the parties, it is ordered that the decision of the United States Army Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Army for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), to evaluate the case in light of *United States v. Hukill*, 76 M.J. 219 (C.A.A.F. 2017).

No. 17–0222/AF. U.S. v. Yogendra Rambharose. CCA 38769. On further consideration of the granted issue, 76 M.J. 262 (C.A.A.F. 2017), it is ordered that the decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), to evaluate the case in light of *United States v. Hukill*, 76 M.J. 219 (C.A.A.F. 2017).